McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8944
    Facsimile: (415) 744-0134
    E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULISSA JACOBO,<br><br>        Plaintiff,<br><br>   v.<br>NANCY A. BERRYHILL,<br>    Deputy Commissioner for Operations, performing the duties and functions not reserved to the Commissioner of Social Security<br>        Defendant. | Case No.: 1:17-cv-00907-SKO<br><br>STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g); ORDER<br><br>(Doc. 14) |

    IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Social Security Administration (Agency) has agreed to a voluntary remand of this case pursuant to <u>sentence four</u> of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

    On remand, the Agency will conduct any necessary further proceedings and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final

Stip. For Voluntary Remand; Order

Case 1:17-cv-00907-SKO                           1

judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: April 2, 2018  */s/ Lawrence Rohlfing\**
(*as authorized via e-mail on 3/30/18)
LAWRENCE ROHFLING
Attorney for Plaintiff

Dated: April 2, 2018  McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:  */s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

# **ORDER**

Based upon the parties' above-Stipulation for Voluntary Remand pursuant to Sentence Four of 42 U.S.C. § 405(g) ("Stipulation for Remand") (Doc. 14), and for cause shown, IT IS ORDERED that the above-captioned action be REMANDED to the Commissioner of Social Security for further administrative proceedings consistent with the terms of the Stipulation for Remand.

The Clerk of the Court is hereby DIRECTED to (1) enter judgment in favor of Plaintiff Julissa Jacobo and against Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, and (2) administratively close this file.

IT IS SO ORDERED.

Dated: **April 3, 2018**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

Stip. For Voluntary Remand; Order

Case 1:17-cv-00907-SKO  3